UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>         Plaintiff,<br><br>v.<br><br>DOWDY INVESTMENTS LP, a California Limited Partnership; DENNY'S, INC., a Florida Corporation; and Does 1-10,<br><br>         Defendants. | Case No.: 18-CV-973 JLS (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41(a)(1)**<br><br>(ECF No. 18) |

  Presently before the Court is the parties' Joint Motion for Dismissal Pursuant to F.R.Civ.P. 41(a)(1) ("Joint Mot.," ECF No. 18).  Because "the matter has been resolved to the satisfaction of all parties," they seek the dismissal of this case with prejudice as to all parties.  Good cause appearing, the Court **GRANTS** the Joint Motion.  As agreed by the parties, the Court **DISMISSES WITH PREJUDICE** this action in its entirety, with each party shall bear its own attorneys' fees and costs.

  **IT IS SO ORDERED**.

Dated: March 8, 2019

                 *Janis L. Sammartino*
                 Hon. Janis L. Sammartino
                 United States District Judge